ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGII GULIAIEV,<br><br>       Plaintiff,<br><br>    v.<br><br>USCIS, ET AL.,<br><br>       Defendants. | CASE NO.  2:25-CV-03500 WBS-SCR<br><br>STIPULATION AND ORDER FOR TEMPORARY ABEYANCE |

Defendants respectfully request to hold this case in temporary abeyance through June 18, 2026, and Plaintiff does not oppose.  In this case, Plaintiff Sergii Guliaiev alleges that the U.S. citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview and adjudicating his pending asylum application, Form I-589.  USCIS has scheduled Plaintiff's asylum interview for February 18, 2026.  Once Plaintiff successfully completes the interview USCIS will require additional time to complete its adjudication, including vetting and background checks.

While USCIS will continue to take steps to progress in its adjudication of this case, it cannot currently issue a decision on the asylum application and additional processing and vetting may be necessary pursuant to a USCIS policy issued on December 2, 2025.  *See* Policy Memorandum, Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries (PM-602-0192) *available at* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf.  The

STIPULATION AND ORDER FOR TEMPORARY
ABEYANCE

1

Director of USCIS issued this policy, which places all asylum adjudications on hold, due to issues concerning national security and public safety.  The hold is intended to provide USCIS time to address vulnerabilities during the process and to conduct a comprehensive review of all policies, procedures, and guidance to better protect the national security and public safety of the United States.  The hold remains in effect until lifted by the Director of USCIS.  The Policy Memorandum further provides that within 90 days of issuance, USCIS will issue operational guidance.  Thus, additional time is also necessary to determine how, if at all, the Policy Memorandum may affect the processes involved in the adjudication of this case.

*The remainder of this page is intentionally blank.*

STIPULATION AND ORDER FOR TEMPORARY ABEYANCE

2

The parties therefore stipulate that this matter be held in temporary abeyance through June 18, 2026.  At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket.  A temporary abeyance in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.  The parties further request that all other filing and case management deadlines, including any initial scheduling conference, be similarly vacated.

Respectfully submitted,

Dated:  February 8, 2026                    ERIC GRANT
United States Attorney


/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney


Dated:  February 8, 2026                    /s/ REGINA JACOBSON
REGINA JACOBSON
Counsel for Plaintiff


**ORDER**

IT IS SO FOUND AND ORDERED:

This matter shall be held in temporary abeyance through June 18, 2026.  The Scheduling Conference currently set for April 6, 2026 is vacated, and the matter reset for **June 29, 2026 at 1:30 p.m.**   A joint status report shall be filed no later than **June 22, 2026**.

Dated:  February 9, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR TEMPORARY ABEYANCE